UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| VS. | ) | 2:10-CR-0575-JCM-LRL |
| RUBEN PEREZ-CRUZ, | ) | |
| Defendant, | ) | |

**ORDER**

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated this 31 day of May, 2011.

_____
JAMES C. MAHAN, U.S. DISTRICT JUDGE