Ruben Perez Cruz #16573-198
Unit#A1B-49Lw
1500 Cadet Road
Taft, CA 93268
CASE#2:10-CR-00575-JCM

April 11, 2015



**UNITED STATES COURTHOUSE**
**ATTN:Lloyd D. George**
333 Las Vegas Boulevard South, 1st Floor
Las Vegas, CA 89101-7065

Dear Mr. George.

In lieu that the federal system has now buzzing to the retroactive amendment 782 of the Sentencing Guidelines for reduction of two points in my sentence. As a result of the recent action of the United States Sentencing Commission's amendment to the sentencing guidelines. Thus, I am writing in regards to see your help to submit this motion with the district court as I am eligible for a reduction according the parameters of the sentence I received in comparation with lower the guidelines.

Earlier this year, the Commission announced it was reducing drug sentencing guidelines, with limited exceptions, of all individuals sentenced for drug offenses, like me, in the United States. The amendment, known as "Drugs Minus-2" operates as an across-the-board reduction in prisoner's drug base offense by two levels.

Consequently, I am entitled to an offense level reduction retroactively by two levels.

Therefore, I want that your office represent me in an action to reduce my overall offense level that may result in a reduction of my sentence. So, I am notifying you for that purpose to reduce my sentence even though such an amendment cannot be applied for any release prior to NOvember 1, 2015. Since the courts are instructed to implement the change by accepting requests from prisoners no sonner than November 1, 2014, and to make adjustments in sentences effective no sooner than November 1, 2015. This is to allow the system adequate time to prepare for such a huge change in the drug offense sentences nationawide. Thank you for your time and I hope you can help me or lead me in the right direction. I will patiently wait for a response from you or your office. Thank you for everything.

Sincerely;

*Ruben Perez Cruz* 4/11/15
Ruben Perez Cruz#16573-198