Perez Cruz Ruben
Register No. 16573-198
Taft Correctional Institution
P.O. Box 7001
Taft, California 93268

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 03 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Defendant Proceeding   PRO SE

UNIT STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA LAS VEGAS

| UNITED STATES OF AMERICA | ) | Case: No. 2:10cr-00575-JCM-VCF |
|---|---|---|
| V. | ) | MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO PROVISION OF THE CRIMINAL JUSTICE ACT, TITLE 18 U.S.C. § 3006A (a) (1) and (c). AND BECAUSE THE NEED TO PROCESS PETITION UNDER GUIDELINES AMENDMENT 794 AND UNITED STATES V. QUINTERO LEYVA, |
| PEREZ CRUZ RUBEN | ) | |

PETITIONER Perez Cruz Ruben Hereby moves this Honorable Court Requesting for for appointment of counsel pursuant to the provision of the Criminal Justice Act Title 18 U.S.C. § 3006A (a) (1) and (c). To file for a reduction of sentence under the Supreme Court decision in light of Amendment 794, and United States v. Quintero Leyva, 823 F.3d 519 (9th Cir. 2016). See United States v. Cota Chavez No.14-504007; United States v. Tokunaga Fujigaki, No. 14-50466; United States V. Altamirano No. 15-50090; United States v. Nava Maytorel, No. 15-50213. These dispositions add additional weight to Mr.Perez Cruz Ruben request for vacatur so that the District Court may reassess the minor role adjustment in light of Amendment 794. ECF No. 13 at 1,7-8, 10-21; ECF No. 28 at 2-12; ECF Nos. 31-32

1 | This week the Court granted relief to four more defendants under Guidelines
2 | Amendment 794 And United States v. Quintero Leyva.
3 | In this case, the Defendant took no part in either setting up negotiating the
4 | transation. His role even viewed at its most culpable, was minor. The Defendant
5 | did not use violence or credible threats of violence during this offense. The
6 | Defendant did not possess a firearm in connection with the offense. The offense
7 | did not result in the death or serious bodily injury to any person.  The
8 | Defendant was not an organizer, leader or manager, far from it, this Defendant
9 | has held stable employment for the past 15 years.

## conclusion

The new factors set forth in the Application Notes of newly -amended § 3B1.2 all favor the application of minor role adjustment in the instant case. Accordingly the Court should consider these facts. And granted the petitioner the appointment of counsel therefore to present any petitions, motions or applications relating thereto the Court for disposition.

Submitted on September 28, 2016

*Ruben Perez Cruz* (signature)
Perez Cruz Ruben

# CERTIFICATE OF SERVICE

I, Perez Cruz Ruben                      hereby certify that I have served a true and correct copy of the following:

MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO THE PROVISION OF THE CRIMINAL JUSTICE ACT, TITLE 18 U.S.C. : 3006A (a) (1) and (c). AND BECAUSE THE NEED TO PROCESS PETITION UNDER GUIDELINES AMENDMENT 794 AND UNITED STATES V. QUINTERO LEYVA.

Which is deemed filed at the time it was deposited in Taft Correctional Institution's internal mail system, since TCI has no separate system designed for legal mail, in accordance with Rule 4, Federal Rules of Appellate Procedure and Houston V. Lack, 108 S. Ct. 2379 (1988), by placing same in a sealed, first class postage prepaid envelope addressed to :

United States Courthouse
333 Las Vegas Boulevard South Suit 6085
Las Vegas Nevada, 89101

and depositing same in the institution mail box at Taft Correctional Institution at Taft, California.

I declare, under penalty of perjury (Title 28 U.S.C. 1746), That the foregoing is true and correct.

Dated this 28, day of September, 2016.

*Ruben Perez Cruz*

Perez Cruz Ruben
Register No. 16573-198
Taft Correctional Institution
P.O. Box 7001
Taft, California 93268

SANTA CLARITA CA 913
29 SEP 2016 PM 4 L



89101-707310

United States Courthouse
333 Las Vegas Boulevard South, Suit 6085
Las Vegas Nevada, 89101